UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAMON QUARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE No. 3:13-cv-00843-RL-CAN |
| ) | |
| MARK SEVIER, *et al*. ) | |
| ) | |
| Defendants. ) | |

## BRIEF IN SUPPORT OF DEFENDANTS' RULE 56(d) MOTION

Defendants, Sgt. Jason Kochensparger and Sgt. Danny Oaks, by counsel, April A. Wilson, Deputy Attorney General, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, respectfully submit their Brief in Support of Defendants' Rule 56(d) Motion and request that this Court provide an extension of time to respond to Plaintiff's Verified Motion for Summary Judgment, until thirty days after the close of discovery.

## BACKGROUND

On June 17, 2013, Damon Quarles filed suit against Jason Kochensparger, Danny Oaks, Mark Sevier, Doree Yocum, and Sheree Townshend in Miami Circuit Court. [DE 1]. On August 13, 2013, Defendants Dorree Yocum and Sheree Townshend removed this matter to the Northern District of Indiana, where this Court entered a screening order on August 27, 2013. [DE 2]. Against Defendants Kochensparger and Oaks, the Court granted Plaintiff leave to proceed with his failure to protect claim. [DE 9]. All other Defendants have been dismissed. [DE 9; DE 31].

On June 11, 2014, the Court entered a scheduling order requiring that "amendments to the pleadings shall be accomplished by August 1, 2014; all discovery shall be initiated by October 3, 2014; all discovery shall be completed by November 21, 2014; and all dispositive

motions shall be filed by December 22, 2014." [DE 39]. On July 8, 2014, Plaintiff filed a Verified Motion for Leave of Court to Amend/Supplement Plaintiff's Complaint ("Motion to Amend"), [DE 40], and a Verified Motion for Summary Judgment, [DE 41]. On July 25, 2014, Defendants Kochensparger and Oaks filed a Motion for Enlargement of Time to Respond to Plaintiff's Verified Motion for Summary Judgment ("MSJ"), asking for a sixty-day extension of time from the order ruling on Plaintiff's Motion to Amend. [DE 44]. On August 5, 2014, the Court denied Plaintiff's Motion to Amend, and provided Defendants until September 12, 2014 to respond to Plaintiff's MSJ, which has not yet passed. [DE 45].

## ARGUMENT

Federal Rule of Civil Procedure 56(d) provides that in response to a motion for summary judgment, "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order." Fed. R. Civ. P. 56(d). The Supreme Court has recognized that a district court's decision about the existence of factual disputes depends on the ability of the non-moving party to come forward with concrete materials that demonstrate such a dispute. *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986).

Here, Plaintiff has asserted a failure to protect claim against Defendants Kochensparger and Oaks, regarding an attack against Plaintiff by his cellmate on October 13, 2012. [DE 1]. To prevail on this claim, Plaintiff "must establish: (1) that he was 'incarcerated under conditions posing a substantial risk of serious harm' and (2) that the defendants acted with 'deliberate indifference' to his health and safety." *Santiago v. Walls*, 599 F. 3d 749, 756 (7th Cir. 2010) (quoting, in part, *Farmer v. Brennan*, 511 U.S. 825, 834 (1994). To demonstrate deliberate

indifference, a plaintiff must show that the official "[knew] of and disregard[ed] an excessive risk to inmate health and safety". *Farmer*, 511 U.S. at 837.

Defendants need to conduct discovery in order to determine what specific information was provided to the individual Defendants and when. In particular, to determine this information, Defendants served requests for production and interrogatories on September 11, 2014 and filed a Motion for Leave to Depose Inmate. [DE 46, 47, and 48]. Defendants also may seek to meet with or depose offender witnesses and medical staff, to serve a Non-Party Subpoena for medical records, and to utilize an expert to address Plaintiff's alleged damages. This information is needed to determine the appropriateness of filing a Cross-Motion for Summary Judgment, as to each Defendant, and to adequately respond to Plaintiff's MSJ.

Plaintiff filed his MSJ and Motion to Amend approximately one month after a scheduling order was set by this Court and four months prior to the discovery deadline. Defendants respectfully request that Defendants be given the opportunity to complete discovery before having to respond to Plaintiff's MSJ.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court provide an extension of time to respond to Plaintiff's Verified Motion for Summary Judgment, until thirty days after the close of discovery.

                                            GREGORY F. ZOELLER
                                            Indiana Attorney General
                                            Atty. No. 1958-98

By:   *s/April A. Wilson*
          April A. Wilson
          Deputy Attorney General
          Atty. No. 31135-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically filed the foregoing, *Brief in Support of Defendants' Rule 56(d) Motion*, with the Clerk of the Court using the CM/ECF system. I also do hereby certify that a copy of the foregoing, *Brief in Support of Defendants' Rule 56(d) Motion*, has been duly served upon the party of record listed below, by United States mail, first-class postage prepaid, on September 12, 2014:

> Damon Quarles
> DOC # 985396
> MIAMI CORRECTIONAL FACILITY
> 3038 W. 850 South
> Bunker Hill, IN  46914
> *Plaintiff, Pro Se*

           /s/ April A. Wilson
           April A. Wilson
           Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-2415
Facsimile:  (317) 232-7979
E-mail:  April.Wilson@atg.in.gov